# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>A MOUA<br>DOB.    /1982<br><br>*Defendant(s)* | Case No.  2:25-mj-0137 CSK |

**FILED**
Oct 01, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 27, 2025__ in the county of __Sacramento__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1073 | Unlawful Flight to Avoid Prosecution |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

/s/
_____
Complainant's signature

Katey Olsen, FBI Special Agent
_____
Printed name and title

Sworn to me over the telephone and SIGNED by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: October 1, 2025

_____
Judge's signature

City and state: Sacramento, California

Chi Soo Kim, U.S. Magistrate Judge
_____
Printed name and title

**AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT FOR A MOUA**

I, Katey Olsen, being first duly sworn, hereby depose and state as follows:

## I.   AGENT BACKGROUND

1. I am a sworn Special Agent of the Federal Bureau of Investigation ("FBI") and have been since January 2019. I am presently assigned to the Sacramento Office of the FBI. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2. My investigative responsibilities include Violent Crimes and Fugitives. As part of these duties, I am tasked with assisting both local and state law enforcement agencies with the apprehension of fugitives who take flight to the jurisdictions of other states or countries.

3. I submit this affidavit is in support of a criminal complaint and arrest warrant charging A MOUA, born in 1982 ("MOUA"), with Unlawful Flight to Avoid Prosecution, in violation of Title 18, United States Code, Section 1073. This affidavit does not purport to set forth all my knowledge or all investigation information in this matter.

## II.   PROBABLE CAUSE

4. The Sacramento Sheriff's Department ("SSD") has requested the assistance of the FBI in locating and apprehending MOUA. The Sacramento County District Attorney's Office has indicated they will extradite MOUA from anywhere domestically or internationally.

5. On June 13, 2025, SSD received a report from Tao MOUA indicating his minor daughter (Victim 1) had disclosed her uncle, MOUA, had inserted his finger into her vagina the day before. When confronted with the allegation by Tao MOUA, MOUA initially denied the allegation but eventually admitted to touching Victim 1's vagina.

6. That same day, Victim 1 was taken for an evidentiary medical exam. The exam noted physical findings of a one-centimeter linear abrasion on Victim 1's fossa navicularis.

7. Tao MOUA told law enforcement there was a separate incident that occurred between MOUA and Tao MOUA's minor nieces, Victim 2 and Victim 3, that was never reported

to law enforcement. Due to these allegations, Victim 2 and Victim 3 were interviewed by detectives.

8. Victim 2 disclosed "during COVID times" when her family lived with MOUA and her grandparents, MOUA squeezed her butt, put his finger in her vagina, touched her breasts, kissed her, and witnessed MOUA touching Victim 3's vagina while she was sleeping. These were all separate incidents.

9. Victim 3 disclosed "during COVID times" when her family lived with MOUA and her grandparents, MOUA had put his fingers into her vagina, intentionally exposed her penis to her, pulled up her skirt on one occasion, and on a separate occasion woke her up by rubbing her inner thigh while she was sleeping. These were all separate incidents. Victim 3 disclosed she witnessed MOUA touch Victim 2's vagina once while she was sleeping. Victim 3 reported that on one occasion MOUA put pornographic pictures in her backpack.

10. On September 23, 2025, the Sacramento Superior Court of California issued a no bail felony arrest warrant for MOUA charging seven (7) counts of California Penal Code (PC) 288(a), Lewd or Lascivious Act with a Child Under 14 and one (1) count of California PC 288(b)(1), Lewd Act on Child Under 14 Using Force/Violence/DU.

11. On September 27, 2025, MOUA was stopped by Customs and Border Patrol (CBP) officers at the Seattle-Tacoma International Airport. MOUA attempted to fly from Seattle, Washington to Seoul, South Korea via Asiana Airlines flight 271 (OZ 271) but was arrested before he boarded the flight. According to a CBP inspection report, MOUA stated he was traveling for vacation. Port of Seattle Police Department took custody of MOUA, and he was booked into the King County jail. MOUA is being held on a $50,000 bail.

12. Based on the investigation to date and my training and experience, I believe MOUA has fled the State of California to avoid arrest and prosecution. This purposeful flight places MOUA in violation of Title 18, Section 1073 – Unlawful Flight to Avoid Prosecution.

### III. REQUEST FOR COMPLAINT AND ARREST WARRANT

13. Based on the forgoing information, there is probable cause to believe that MOUA has violated Title 18, Section 1073–Unlawful Flight to Avoid Prosecution. I therefore respectfully request that the Court issue a Criminal Complaint and Arrest Warrant against MOUA.

Respectfully submitted,

/s/
Katey Olsen
Special Agent
Federal Bureau of Investigation

Sworn to me and signed telephonically on: October 1, 2025

Hon. Chi Soo Kim
U.S. MAGISTRATE JUDGE

/s/ R. Alex Cardenas
Approved as to form by
AUSA R. ALEX CARDENAS

AFFIDAVIT