```
1  ERIC GRANT
   United States Attorney
2  R. ALEX CÁRDENAS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6
7
8              IN THE UNITED STATES DISTRICT COURT
9                 EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,        CASE NO. 2:25-MJ-00137
12             Plaintiff,           ORDER
13        v.
14 A MOUA,
15             Defendant.
16
17
18    Based on the United States' Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of
19 Criminal Procedure, it is HEREBY ORDERED that the Complaint against A MOUA is dismissed. Any
20 pending warrant is recalled.
21
22  Dated: October 15, 2025                  [signature]
23                                           HONORABLE CHI SOO KIM
                                             UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28
```